IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PATRICIA ANN POWELL GRAVES,
INDIVIDUALLY AND GLEN GRAVES,
INDIVIDUALLY, AND AS
ADMINISTRATOR OF THE ESTATE OF
GARY POWELL GRAVES, DECEASED AND
ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES                                                                                    PLAINTIFFS

VERSUS                                                          CIVIL ACTION NO. 1:02cv895WJG-JMR

HARRISON COUNTY, MISSISSIPPI;
GEORGE PAYNE, JR., IN HIS OFFICIAL
CAPACITY AS SHERIFF OF HARRISON
COUNTY, MISSISSIPPI; JOHN GEAS,
MARK ERVIN, BOBBY TODD AND
ROBERT WEATHERFORD, INDIVIDUALLY
AND IN THEIR OFFICIAL CAPACITY AS
DEPUTY SHERIFFS OF HARRISON
COUNTY, MISSISSIPPI                                                                              DEFENDANTS

ORDER OF DISMISSAL

THIS DAY this cause having come on for decision and the Court being advised that the parties have agreed to dismiss all remaining claims in this matter with prejudice, being all claims set forth in the Amended Complaint and not previously adjudged by the Court in its Judgment entered on March 28, 2005, granting partial summary judgment to Defendants John Geas, Mark Ervin, Bobby Todd, and Robert Dean Weatherford.  The Court has reviewed the Court file in this matter and notes that the parties have all entered endorsements to this agreed order on the docket of this Court.  (Ct. R., Docs. 101, 102, 103, 104).  It is therefore,

ORDERED AND ADJUDGED that all claims set forth in the Amended Complaint and not previously adjudged by the Court in its Judgment entered on March 28, 2005, are hereby dismissed with prejudice.  It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs.

SO ORDERED AND ADJUDGED this the 10th day of July, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE